CGFD28 (9/19/08)



**ORDERED in the Southern District of Florida on April 18, 2013**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 12−29665−RAM**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Hector O. Beltran
2642 Collins Ave # 311
Miami Beach, FL 33140

SSN: xxx−xx−1030

# FINAL DECREE

The trustee, Jacqueline Calderin, having filed a final report that the estate has been fully administered, is discharged and the case is closed.